IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ELIZABETH BRIDGES BAND                                       PLAINTIFF

v.                         3:19CV00146-BRW

ANDREW M. SAUL,
**Commissioner of Social Security**                              DEFENDANT

## ORDER

I have received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review of the RD, as well as a *de novo* review of the record, I approve and adopt RD in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 12th day of November, 2019.

                                                       Billy Roy Wilson _____
                                                       UNITED STATES DISTRICT JUDGE