IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ELIZABETH BRIDGES BAND**                                                       **PLAINTIFF**

**v.**                                **3:19CV00146-BRW**

**ANDREW M. SAUL,**
**Commissioner of Social Security**                                 **DEFENDANT**

## JUDGMENT

Based on the Order filed today, the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 12th day of November, 2019.

                                                     <u>Billy Roy Wilson</u>
                                                     UNITED STATES DISTRICT JUDGE